**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| STEPHANIE DITTMEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-00593-SM |
| ) | |
| ANDREW SAUL, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Judge Suzanne Mitchell's Report and Recommendation [Doc. No. 4] recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] be granted in part and denied in part. Judge Mitchell advised Plaintiff that she may file an objection to the Report and Recommendation with the Clerk of Court by July 14, 2020, and that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation. [Doc. No. 4 at 5]. *See also* 28 U.S.C. § 636.

The record reflects that no objection to the Report and Recommendation has been filed by the deadline, and no extension of time to object has been requested. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991) (explaining that the Tenth Circuit's "firm waiver rule" "provides that the failure to make timely objection to the magistrate[ judge's] findings or recommendations waives appellate review of both factual and legal questions").

The Court therefore **ADOPTS** the Report and Recommendation [Doc. No. 4] in its entirety for the reasons stated therein. Plaintiff's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff is **ORDERED** to make a $50.00 payment to the Clerk of Court by **August 1, 2020**, and thereafter shall pay $50.00 on or before the **first day of each month** until the full $400.00 in fees is paid in full. The Clerk of Court shall not issue process until at least $100.00 has been paid toward the filing fees in this matter. Failure to comply with this payment schedule may result in this case being dismissed without prejudice.

IT IS SO ORDERED this 20th day of July 2020.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE